**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VERNON HANDY, as administrator of the estate of GENEVA H. HANDY, | ) ) ) | |
| Plaintiff, | ) ) | 02 C 1401 |
| v. | ) ) ) | Judge Andersen Magistrate Judge Nolan |
| ANCHOR MORTGAGE CORPORATION, and COUNTRYWIDE HOME LOANS, INC., | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff Vernon Handy, as administrator of the estate of Geneva H. Handy, respectfully moves this Court for entry of a judgment of $32,890.17, plus attorney's fees (to be petitioned for).

In support of this motion, plaintiff states as follows:

1. On September 29, 2006, the Seventh Circuit Court of Appeals unanimously reversed the amended judgment entered by this Court on October 28, 2004 in favor of defendants Anchor Mortgage Corporation ("Anchor") and Countrywide Home Loans ("Countrywide"). *Handy v. Anchor Mortgage Corp.*, 464 F.3d 760 (7th Cir. 2006). The Seventh Circuit held that Anchor had failed to give Ms. Handy "clear and conspicuous" disclosure of her right to cancel her mortgage refinancing transaction in violation of § 1635 of of the Truth In Lending Act, 15 U.S.C. § 1601 *et seq*. (TILA) and § 226.23 of Regulation Z, 12 C.F.R. § 226.23 ("Reg. Z").

2. In remanding the case, the Seventh Circuit held that defendants must refund to plaintiff the interest and finance charges paid over the life of the loan, together with

1

statutory damages and attorney's fees. *Handy*, 464 F.3d at 766. The Seventh Circuit remanded the case, leaving "to the district court on remand the task of determining precisely what remedy is appropriate, within these general outlines." *Id*.

3. Plaintiff computes the amount of the judgment to be $32,890.17. That amount consists of the following:

$  4,023.95 Finance charges paid at the closing

$24,866.22 Interest paid over the life of the loan

$  4,000.00 Statutory Damages

4. On November 26, 2006, plaintiff sent an e-mail to counsel for Anchor and Countrywide stating that the amount of the judgment, not including attorney's fees, should be $32,890.17. A copy of that e-mail is attached as <u>Exhibit A</u>. To date, counsel for Anchor nor Countrywide have expressed any disagreement that the $32,890.17 is the correct amount due and owing plaintiff.

5. Plaintiff intends to petition the court for an award of his attorney's fees and costs. Plaintiff expects that that petition will be contested. Plaintiff would like the judgment entered prior to the decision on attorney's fees and costs so that plaintiff does not have to wait any longer for payment.

WHEREFORE, for the foregoing reasons, plaintiff respectfully asks the Court to enter a judgment for $32,890.17, plus attorney's fees to be petitioned for shortly.

Respectfully submitted,

                        <u>s/ Francis R. Greene</u>
                        Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\7890\Pleading\Plaintiff's Motion for Entry of Judgment 12 18 06_Pleading.WPD

## **CERTIFICATE OF SERVICE**

    I, Francis R. Greene, hereby certify that on December 18, 2006, a copy of

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT** was filed electronically and notice was electronically sent to the following party:

Howard L. Teplinsky
hteplinsky@otrlaw.com

     I, Francis R. Greene, hereby certify that on December 18, 2006, a copy of **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT** was sent via facsimile and US Mail to the following party:

Bert J. Zaczek
**Law Office of Bert Zaczek**
415 N. LaSalle St., Suite 300
Chicago, IL 60610

                                                                                        s/Francis R. Greene
                                                                                        Francis R. Greene


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 917-0379 (FAX)
fgreene@edcombs.com